

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 124-04 Metropolitan Avenue Kew Gardens, New York 11415

July 22, 2019

**VIA ECF**
Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>*Derrick U Dennis v. Melitta USA, Inc.*; Case No. 1:19-cv-04632-RA</u>

To the Honorable Judge Abrams,

    As this court may already know, the undersigned represents Derrick U Dennis in the above-referenced action. Plaintiff Derrick U Dennis, by and through counsel, respectfully requests that an Order be granted to Remove or Seal Docket #11 filed on July 19, 2019 from the Docket on the grounds that the document was incorrectly filed.

    While electronically filed as a Notice of Settlement, Plaintiff inadvertently included the incorrect document upon upload, a Confidential Settlement Agreement, instead of the correct and intended Notice of Settlement informing this Court that a Settlement had been reached in principle. The inadvertently filed document should have thus been lodged under Seal.

    Therefore, Plaintiff respectfully requests the Court to Remove or Seal the inadvertently and incorrectly filed Document #11 filed on July 19, 2019 from the ECF system and provide leave for the undersigned to re-file the correct Notice of Settlement Document.

Thank you for your time and consideration of the above request.

>Respectfully,
>
>/s/ Jonathan Shalom
>Jonathan Shalom, Esq.